NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1271

### OREGON WOODS, INC.,

Appellant,

v.

### Ken Salazar, SECRETARY OF THE INTERIOR,

Appellee.

Appeal from the Civilian Board of Contract Appeals in case nos. 1072 and 1072-R, Administrative Judge Stephen M. Daniels.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The Secretary of the Interior moves for a 45-day extension of time, until August 20, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 17 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  C. Michael Arnold, Esq.
     Steven M. Mager, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK